# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES THOMAS,**

      **Plaintiff,**

**v.**                                                         Case No:  6:13-cv-1256-Orl-22TBS

**BOBS BARRICADES, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 7) filed on October 2, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 12), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 4, 2013 (Doc. No. 11), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 7) is hereby GRANTED.

3. The parties' Settlement Agreement is hereby APPROVED.

4. The case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2013.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties